UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. TRINCHITELLA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN REALTY PARTNERS, et al.<br><br>　　　　　Defendants. | No.  2:15-cv-02365 KJM JDP<br><br>ORDER |

In a previous order, the court granted the motion to withdraw by Paesano Akkashian Apkarian, P.C., former counsel for defendants American Realty Partners, LLC, Performance Realty Management, LLC, Corix Bioscience, Inc., and Sean Zarinegar.  ECF No. 67.  The matter was stayed thirty days to permit defendants to obtain new counsel.  *See id.* at 4.  No counsel appeared by the deadline.

As explained in the court's previous order, "[a] corporation or other entity may appear only by an attorney." *Id.* at 3 (quoting E.D. Cal. L.R. 183(a)).  Defendants American Realty Partners, LLC, Performance Realty Management, LLC, and Corix Bioscience, Inc. are **ordered to show cause within 30 days** why default should not be entered against them.  *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam)

1

1  (holding that the entry of a default judgment against a corporation that did not obtain counsel was
2  "perfectly appropriate").
3          IT IS SO ORDERED.
4   DATED:  November 2, 2020.

                                             CHIEF UNITED STATES DISTRICT JUDGE