UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald F. Trinchitella,<br><br>                Plaintiff,<br><br>   v.<br><br>American Realty Partners, et al.,<br><br>                Defendants. | No. 2:15-cv-02365 KJM JDP<br><br>ORDER |

      On November 3, 2020, defendants American Realty Partners, LLC, Performance Realty Management, LLC, and Corix Bioscience, Inc. were ordered to show cause within 30 days why default should not be entered against them. ECF No. 71. No response has been filed, but the court's order did not direct service of the order to show cause on the entities themselves, as opposed to their former counsel in this matter.

      In an abundance of caution and to prevent any possible prejudice to the defendants listed above, the court now directs former counsel to **serve, within seven days**, a copy of the filings at ECF Nos. 68, 69, and 71 on these former clients along with a copy of this order.

      If no response to the order to show cause at ECF No. 71 is received **within thirty days**, **default will be entered** against American Realty Partners, LLC, Performance Realty Management, LLC, and Corix Bioscience, Inc.

/////

1

1    IT IS SO ORDERED.

2    DATED: May 4, 2021.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE