UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald F. Trinchitella, | No. Case 2:15-cv-02365-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| American Realty Partners, et al., | |
| Defendants. | |

On September 28, 2021, the Clerk's Office entered default as to American Realty Partners, LLC, and Corix Bioscience, Inc.  ECF No. 75.  Since then, this case has remained inactive.  Plaintiff is **ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution.

IT IS SO ORDERED.

DATED: January 20, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1