Stephen W. Robertson, #228708
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
455 Capitol Mall, Suite 200
Sacramento, California 95814
(916) 449-3800
Email: srobertson@hebw.com

Attorneys for Defendants, AMERICAN REALTY PARTNERS, LLC, PERFORMANCE REALTY MANAGEMENT, LLC, CORIX BIOSCIENCE, INC., and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. TRINCHITELLA, an individual, as Trustee of the RONALD F. AND BILLIE JEAN TRINCHITELLA FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY PARTNERS, LLC, an Arizona limited liability company; PERFORMANCE REALTY MANAGEMENT, LLC, an Arizona limited liability company; CORIX BIOSCIENCE, INC., a Wyoming corporation; and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual,<br><br>Defendants. | Case No. 2:15-CV-02365-DAD-JDP<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY HARDY ERICH BROWN & WILSON TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS<br><br>DATE: November 1, 2022<br>TIME: 1:30 p.m.<br>LOCATION: Courtroom 4, 15th Floor<br>501 I Street<br>Sacramento, California<br><br>Judge Presiding: Hon. Dale A. Drozd |

Now comes HARDY ERICH BROWN & WILSON ("HEBW"), for its Motion to Withdraw as Counsel of Record for Defendants AMERICAN REALTY PARTNERS, LLC, an Arizona limited liability company ("ARP"), PERFORMANCE REALTY MANAGEMENT, LLC, an Arizona limited liability company ("PRM"), CORIX BIOSCIENCE, INC., a Wyoming corporation ("Corix"), and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual ("Mr. Zarinegar," collectively "Defendants") hereby states as follows:

1. Immediately prior to the COVID-19 pandemic shut down, on March 2, 2020, the Paesano Akkashian Apkarian, PC law firm filed a motion to withdraw as counsel of record for Defendants (See Docket No 63). This Motion was eventually granted on August 14, 2020 (Docket No. 67) by the Honorably Kimberly Mueller. Based on recent communications with defendant SEAN ZARINEGAR, this Motion follows. For the same reasons set forth in the previously filed Motion to Withdraw, HEBW requests the Court grant this Motion and allow Defendants to retain new counsel or proceed with this matter in pro per. The only remaining defendant is essentially Mr. Zarinegar. As for the reasons regarding the previous withdraw motion, the facts in that Motion are further set forth here again for reference and as follows:

2. On July 20, 2018, the State of Idaho, Department of Finance, Securities Bureau ("State of Idaho"), filed a Complaint against Mr. Zarinegar and PRM, alleging, among other things, that Mr. Zarinegar and PRM misused investor funds, with Corix receiving some of those benefits. (*See* State of Idaho v. Sean Zarinegar, et al., Case No. CV01-18-13410.)

3. HEBW believes these allegations create a conflict between Corix, on the one hand, and Mr. Zarinegar and PRM on the other. Though Mr. Zarinegar and PRM deny the allegations in the case brought by the State of Idaho, there is a significant likelihood defenses or claims may exist in this matter between and among the Defendants that would require adversarial positions to be taken, based on the allegations in the State of Idaho matter.

4. Additionally, Corix and ARP are no longer operating. The State of Arizona, in a separate securities dispute, received a multimillion-dollar award against Corix and, upon information and belief, is in the process of ceasing Corix's remaining assets. These assets will be distributed pro rata to Corix's shareholders. There are no resources left to pay costs associated with litigation.

///

///

5. As such, HEBW requests to withdraw as counsel for Defendants.

6. Mr. Zarinegar has been advised of the conflict and HEBW's intent to withdraw. Mr. Zarinegar has stipulated to the withdrawal. HEBW advised Mr. Zarinegar that he may retain new counsel or appear pro se in these proceedings.

7. Under Local Rule 182(d), an attorney who has appeared on behalf of a party may not withdraw absent order of the Court.

8. Pursuant to California Rule of Professional Conduct 1.7(b), "a lawyer shall not, without informed written consent from each affected client and compliance with paragraph (d), represent a client if there is a significant risk the lawyer's representation of the client will be materially limited by the lawyer's responsibilities to, or relationship with another client, a former client or a third person, or by the lawyer's own interests."

9. The continued representation of Defendants in this matter would "involve the assertion of a claim by one client against another client represented by the lawyer in the same litigation or other proceeding before a tribunal," as outlined above. Rule 1.7(d)(3).

10. Thus, pursuant to Local Rule 182(d), and California Rules of Professional Conduct 1.7 and 1.16(b)(9), HEBW respectfully submits that its withdrawal from representation of all Defendants is appropriate.

11. Defendants will not suffer any prejudice as a result of the withdrawal.

12. HEBW has served a copy of this Motion on Defendants and counsel for Plaintiff. *See* Affidavit, Exhibit A.

13. HEBW requests that Defendants be permitted thirty (30-60) days to obtain new counsel, and that any proceedings in the action be stayed for that period.

WHEREFORE, Hardy Erich Brown & Wilson respectfully requests that this Honorable Court enter an Order allowing it to withdraw as counsel of record in this

/ / /

/ / /

/ / /

matter and award HEBW such additional relief that is just and equitable. *See* [Proposed] Order, Exhibit B.

Dated: September 14, 2022

HARDY ERICH BROWN & WILSON
CA Professional Law Corporation

By _____
STEPHEN W. ROBERTSON
State Bar No. 228708

\\server01\data\home\client\8040\00001\00343197.docx

4

MEMO OF P&A'S ISO MOTION BY HARDY ERICH BROWN & WILSON TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS
2:15-CV-02365-DAD-JDP

# EXHIBIT A

Stephen W. Robertson, #228708
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
455 Capitol Mall, Suite 200
Sacramento, California 95814
(916) 449-3800
Email: srobertson@hebw.com

Attorneys for Defendants, AMERICAN REALTY PARTNERS, LLC, PERFORMANCE REALTY MANAGEMENT, LLC, CORIX BIOSCIENCE, INC., and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. TRINCHITELLA, an individual, as Trustee of the RONALD F. AND BILLIE JEAN TRINCHITELLA FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY PARTNERS, LLC, an Arizona limited liability company; PERFORMANCE REALTY MANAGEMENT, LLC, an Arizona limited liability company; CORIX BIOSCIENCE, INC., a Wyoming corporation; and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual,<br><br>Defendants. | Case No. 2:15-CV-02365-DAD-JDP<br><br>AFFIDAVIT IN SUPPORT OF MOTION BY HARDY ERICH BROWN & WILSON TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS<br><br>DATE: November 1, 2022<br>TIME: 1:30 p.m.<br>LOCATION: Courtroom 4, 15th Floor<br>501 I Street<br>Sacramento, California<br><br>Judge Presiding: Hon. Dale A. Drozd |

I, Stephen W. Robertson, being first duly sworn, testify as follows:

1. I have personal knowledge of the facts contained in this affidavit, and if called upon, I am competent to testify to the facts set forth herein. I am the attorney of record for Defendants, AMERICAN REALTY PARTNERS, LLC, an Arizona limited liability company ("ARP"), PERFORMANCE REALTY MANAGEMENT, LLC, an Arizona limited liability company ("PRM"), CORIX BIOSCIENCE, INC., a Wyoming

corporation ("Corix"), and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual ("Mr. Zarinegar," collectively "Defendants").

2. I am informed and believe Corix is a dissolved entity.

3. I am informed and believe ARP is a dissolved entity.

4. I am informed and believe PRM is a dissolved entity.

5. On September 13, 2022, I contacted Sean Zarinegar via telephone and advised Mr. Zarinegar of the present motion and his options to retain a new attorney or proceed pro se in this matter. Mr. Zarinegar did consent to the relief requested in this Motion. I further advised Mr. Zarinegar that I would be withdrawing on behalf of all Defendants. I also advised that my law office was not inclined to continue any representation in light of the Paesano Akkashian Apkarian, PC law firm withdrawal in the case, as well as we were simply local counsel and not the lead attorneys.

6. Mr. Zarinegar was provided copies of the Motion.

7. The last known address for Mr. Zarinegar is 42132 N. Mountain Cove Dr., Phoenix, AZ, 85086.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day, of September 2022, at Sacramento, California.

_____
STEPHEN W. ROBERTSON

# EXHIBIT B

Stephen W. Robertson, #228708
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
455 Capitol Mall, Suite 200
Sacramento, California 95814
(916) 449-3800
Email: srobertson@hebw.com

Attorneys for Defendants, AMERICAN REALTY PARTNERS, LLC, PERFORMANCE REALTY MANAGEMENT, LLC, CORIX BIOSCIENCE, INC., and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. TRINCHITELLA, an individual, as Trustee of the RONALD F. AND BILLIE JEAN TRINCHITELLA FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY PARTNERS, LLC, an Arizona limited liability company; PERFORMANCE REALTY MANAGEMENT, LLC, an Arizona limited liability company; CORIX BIOSCIENCE, INC., a Wyoming corporation; and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual,<br><br>Defendants. | Case No. 2:15-CV-02365-DAD-JDP<br><br>[PROPOSED] ORDER GRANTING MOTION BY HARDY ERICH BROWN & WILSON TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS<br><br>DATE: November 1, 2022<br>TIME: 1:30 p.m.<br>LOCATION: Courtroom 4, 15th Floor<br>501 I Street<br>Sacramento, California<br><br>Judge Presiding: Hon. Dale A. Drozd |

This matter having come before the Court upon Motion By Hardy Erich Brown & Wilson to Withdraw as Counsel of Record for Defendants AMERICAN REALTY PARTNERS, LLC, an Arizona limited liability company, PERFORMANCE REALTY MANAGEMENT, LLC, an Arizona limited liability company, CORIX BIOSCIENCE, INC., a Wyoming corporation, and SEAN ZARINEGAR a/k/a SEAN ZAR, an individual, (the "Motion"); the Court having reviewed the Motion; and otherwise being advised on the premises:

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2. Hardy Erich Brown & Wilson is hereby withdrawn as counsel for Defendants AMERICAN REALTY PARTNERS, LLC, an Arizona limited liability company, PERFORMANCE REALTY MANAGEMENT, LLC, an Arizona limited liability company, CORIX BIOSCIENCE, INC., a Wyoming corporation, and SEAN ZARINEGAR a/k/a SEAN ZAR.

3. Defendants are hereby permitted **30** days to obtain new counsel, and the action is stayed for that period.

IT IS SO ORDERED.

DATED: _____

JUDGE OF THE U.S DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA