UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. TRINCHITELLA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN REALTY PARTNERS, LLC, *et al.*,<br><br>    Defendants. | Case No.  2:15-cv-02365-DAD-JDP (PS)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

On September 28, 2023, the court denied plaintiff's motion for default judgment without prejudice. ECF No. 92. Since that date, this case has remained inactive.

The court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."). A court may dismiss an action based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

Accordingly, it is hereby ORDERED that plaintiff shall show cause within seven days of the date of this order why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   September 3, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE