UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN EARLY,<br><br>   Plaintiff,<br><br>   v.<br><br>RENEE HARDING, *et al.*,<br><br>   Defendants. | Case No.  2:15-cv-2365-DAD-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

The court previously issued an order setting a status conference for March 20, 2025, and directing the parties to file status reports by no later than March 6, 2025.  ECF No. 95.  Plaintiffs timely submitted a status report.  ECF No. 96.  Defendant Sean Zarinegar, however, failed to file his own status report.

Defendant Zarinegar will be ordered to show cause why sanctions should not be imposed for his failure to timely file a status report.  *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. The status conference currently set for March 20, 2025, is continued to April 24, 2025, at 10:00 a.m.  The conference will be conducted via Zoom.

1

      2. By no later than April 3, 2025, defendant Zarinegar file a status report as required by the court's February 14, 2025 order. *See* ECF No. 95.

      3. Defendant Zarinegar shall show cause, by no later than April 3, 2025, why sanctions should not be imposed for failure to comply with the court's February 14, 2025 order.

      4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendant Zarinegar's answer be stricken and his default entered.

IT IS SO ORDERED.

Dated:   March 11, 2025

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE