UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD F. TRINCHITELLA,

Plaintiff,

v.

AMERICAN REALTY PARTNERS, LLC, et al.,

Defendants.

Case No. 2:15-cv-2365-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE

(Doc. Nos. 105, 106)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 8, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's unopposed request for dismissal (Doc. No. 103) be granted and that this action be dismissed without prejudice at the request of plaintiff. (Doc. No. 106.) Those findings and recommendations were served on the parties and contained notice that any objections to thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Neither party has filed objections to the pending findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued July 8, 2026, (Doc. No. 106), are adopted;
2. Plaintiff's request for dismissal, (Doc. No. 105), is granted and this action is dismisssed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE